Opinion approved by the Court.

**Denna MATHIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27993.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is carrying a pistol; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.